IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:03-CR-00005-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KINTE LADRELL FISHER | ) | |
| | ) | |

This matter is before the court on Defendant Kinte Ladrell Fisher's letter dated August 3, 2016, [DE-35], which the court construes as a motion to terminate Defendant's supervised release pursuant to 18 U.S.C. § 3583(e).

This court has the authority, pursuant to 18 U.S.C. § 3583(e), to modify or terminate supervised release. 18 U.S.C. § 3583(e) provides:

> The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)—
>
> (1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice;
>
> (2) ... and may modify, reduce, or enlarge the conditions of supervised release, at any time prior to the expiration or termination of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation and the provisions applicable to the initial setting of the terms and conditions of post-release supervision;

18 U.S.C. § 3583(e)(1)–(2).

Defendant presents a strong case for early termination. Since his release from prison in 2013, he has been fully compliant with all conditions of supervised release. He maintains a stable residence, is employed, and has had no violations or known criminal conduct while under

supervision. Defendant's probation officer recommends continuing active supervision, albeit at a low intensity supervision level. The court is satisfied, however, that early termination of Defendant's supervised release "is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e).

Accordingly, the instant motion [DE-35] is ALLOWED. It is hereby ORDERED that Defendant's supervised release be terminated and Defendant discharged.

SO ORDERED.

This, the 22nd of August, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge